LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Jorge Rodriguez-Castillo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JORGE RODRIGUEZ-CASTILLO <br> Defendant. | CASE NO: 2:20-cr-314-KJD-VCF-2 <br> **STIPULATION TO CONTINUE SENTENCING** <br> (First Request) |

  IT IS HEREBY STIPULATED AND AGREED by and between JASON M. FRIERSON, United States Attorney; EDWARD G. VERONDA, Assistant United States Attorney; defendant JORGE RODRIGUEZ-CASTILLO, by and through his counsel LUCAS J. GAFFNEY, ESQ.; that the Sentencing hearing currently scheduled for Tuesday, December 6, 2022, at the hour of 9:30 a.m. be vacated and continued for at least fourteen (14) days to a time convenient to this Honorable Court.

///

///

///

///

///

1

The instant the Stipulation is entered into for the following reasons:

1. The Defendant, Jorge Rodriguez-Castillo is currently set for sentencing on December 6, 2022.

2. That same day, counsel for Mr. Rodriguez-Castillo must transport his wife to and from a medical procedure.

3. Additionally, counsel for Mr. Rodriguez-Castillo needs additional time to consult with Mr. Rodriguez-Castillo to prepare for sentencing. Because Mr. Rodriguez-Castillo is a native Spanish speaker, counsel requires the services of an interpreter to communicate with him. Counsel has encountered some difficulty scheduling visits and/or videoconferences with the Nevada Southern Detention Center during available time slots when both counsel and the interpreter are available.

4. Counsel for Mr. Rodriguez-Castillo respectfully requests the Court does not set the sentencing hearing on December 15th or 16th, because counsel must prepare for, and participate in, an evidentiary hearing (Derek Brown v. State of Nevada, case number C-12-281776-1) in the Eighth Judicial District Court on those days.

5. Counsel has spoken to Mr. Rodriguez-Castillo who is in custody, and he does not object to the continuance.

6. Counsel has spoken to AUSA Edward Veronda, who does not object to the continuance.

7. The additional time requested herein is not sought for purposes of delay.

8. This is the first stipulation to continue Mr. Rodriguez-Castillo's sentencing hearing.

DATED: November 25, 2022.                *Respectfully submitted:*

*/s/ Luke Gaffney*                                    */s/ Ed Veronda*
LUCAS J. GAFFNEY, ESQ.                 EDWARD G. VERONDA
GAFFNEY LAW                                    Assistant United States Attorney
1050 Indigo Drive, Suite 120              501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada, 89145                 Las Vegas, Nevada, 89101
*Attorney for Jorge Rodriguez-Castillo*   *Attorney for the United States of America*

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>JORGE RODRIGUEZ-CASTILLO<br><br>　　　　Defendant. | CASE NO: 2:20-cr-314-KJD-VCF-2<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds:

1. The Defendant, Jorge Rodriguez-Castillo is currently set for sentencing on December 6, 2022.

2. That same day, counsel for Mr. Rodriguez-Castillo must transport his wife to and from a medical procedure.

3. Additionally, counsel for Mr. Rodriguez-Castillo needs additional time to consult with Mr. Rodriguez-Castillo to prepare for sentencing. Because Mr. Rodriguez-Castillo is a native Spanish speaker, counsel requires the services of an interpreter to communicate with him. Counsel has encountered some difficulty scheduling visits and/or videoconferences with the Nevada Southern Detention Center during available time slots when both counsel and the interpreter are available.

4. Counsel for Mr. Rodriguez-Castillo respectfully requests the Court does not set the sentencing hearing on December 15th or 16th, because counsel must prepare for, and participate in, an evidentiary hearing (Derek Brown v. State of Nevada, case number C-12-281776-1) in the Eighth Judicial District Court on those days.

5. Counsel has spoken to Mr. Rodriguez-Castillo who is in custody, and he does not object to the continuance.

6. Counsel has spoken to AUSA Edward Veronda, who does not object to the continuance.

7. The additional time requested herein is not sought for purposes of delay.

8. This is the first stipulation to continue Mr. Rodriguez-Castillo's sentencing hearing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the sentencing hearing as currently scheduled.

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for December 6 at the hour of 9:30 a.m. be vacated and continued to the 3rd day of January, 2023, at the hour of 10:00 a.m. in courtroom 4A.

DATED AND DONE this 28th day of November, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE KENT DAWSON